UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60168-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK DESENA,

    Defendant.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

**THIS CAUSE** is before the Court upon Defendant Frank Desena's Motion for New Trial [DE 101]. The Court has considered the Motion and is otherwise duly advised in its premises.

Defendant moves for a new trial, pursuant to Fed. R. Crim. P. 33, arguing that the weight of the evidence was such that the verdicts should not be sustained, the Court erred on a number of legal rulings during the trial, the Court erroneously declined to give the Defendant's requested jury instructions, and the Defendant was denied due process because of false testimony by government witness Lichtman. The Court has carefully considered each of the Defendant's arguments, but finds them to be without merit. The Court does not find that the interest of justice requires a new trial in this matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for New Trial [DE 101] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 19th day of March, 2007.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record