UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60168-CR-COHN/Snow

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FRANK J. DESENA, et al.,

       Defendants.

_____

## ORDER

THIS CAUSE is before the Court on defendant **Frank Desena's** Motion for Appointment of Counsel for Purposes of Appeal (DE 115), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motion on July 3, 2007. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Michael Gelety, Esquire, is hereby released from any further duties in this cause. Substitute appellate counsel will be appointed by separate order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of July, 2007, *nunc pro tunc* to July 3, 2007.

                         LURANA S. SNOW
                         UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani, Esq.
Michael Gelety, Esq.
Alan Glueck, Esq.