UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60168-CR-COHN/SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FRANK DESENA,

       Defendant.
_____/

## ORDER DENYING RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

**THIS CAUSE** is before the Court upon Defendant Frank Desna's Renewed Motion for Judgment of Acquittal [DE 102].  The Court has considered the Motion and is otherwise duly advised in the premises.

Defendant moves for an Order Granting a Judgment of Acquittal, arguing that the evidence presented by the Government in this case was insufficient to support convictions, particularly with respect to the lack of evidence about or testimony from co-Defendant Tomas Salom and the general insufficiency of evidence to support the conspiracy conviction on Count I of the Indictment.  The Court has considered the Defendant's argument, but finds it to be without merit, and concludes that the evidence presented in this case was sufficient to sustain the convictions.  Accordingly,  it is hereby

**ORDERED AND ADJUDGED** that Defendant's Renewed Motion for Judgment of Acquittal [DE 102] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 10th day of August, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record